IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERRILL EMILY FAYYAD,<br><br>Plaintiff,<br><br>vs.<br><br>VAN EERDEN TRUCKING COMPANY, INC., a Michigan Domestic Profit Corporation; FELIPE GONCALVES LEMOS, an individual; DOE DEFENDANTS 1-10, and BUSINESS ENTITIES A THROUGH Z, inclusive;<br><br>Defendants. | 4:24CV3171<br><br>**SHOW CAUSE ORDER** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on September 18, 2024. More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on Defendants Van Eerden Trucking Company, Inc, Felipe Goncalves Lemos, Doe Defendants 1-10, or Business Entities A through Z *inclusive*, none of the defendants have voluntarily appeared, and Plaintiff has not requested an extension of time to complete service. Accordingly,

IT IS ORDERED that plaintiff shall have until February 3, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), or take

appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

    Dated this 14th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge
