IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERRILL EMILY FAYYAD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VAN EERDEN TRUCKING COMPANY, INC., a Michigan Domestic Profit Corporation; FELIPE GONCALVES LEMOS, an individual; DOE DEFENDANTS 1-10, and BUSINESS ENTITIES A THROUGH Z, inclusive<br><br>　　　　　　Defendants. | 4:24CV3171<br><br>**ORDER OF DISMISSAL** |

　　This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 31). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

　　**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

　　Dated this 14th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　United States District Judge